JCM/DEH: USAO 2018R00688

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. DKC-19-0136 |
| v. | * | UNDER SEAL |
| **GIBRAN NELSON-SMITH (a/k/a "Ron")** | * | (Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Cocaine Base, and Fentanyl, 21 U.S.C. § 846; Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 21 U.S.C. § 853, 28 U.S.C. § 2461) |
| Defendant | * | |

*******

## INDICTMENT

## COUNT ONE
### (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Dangerous Substances)

The Grand Jury for the District of Maryland charges that:

From in or around 2015 until at least the date of this Indictment, in the District of Maryland and elsewhere, the Defendant,

## GIBRAN NELSON-SMITH (a/k/a "Ron")

did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a schedule I controlled substance, 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a schedule II controlled substance, and a detectable amount of fentanyl, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

1

# FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Upon the conviction of an offense in violation of 21 U.S.C. § 846 the Defendant shall forfeit the following property to the United States pursuant to 21 U.S.C. § 853(a):

    a. Any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such violation; and

    b. Any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2. If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c). If the United States is not able to forfeit the specific property listed above directly, it intends to forfeit it as substitute property.

21 U.S.C. § 853;
28 U.S.C. § 2461(c)

JCM/DEH: USAO 2018R00688

Robert K. Hur / JCM
Robert K. Hur
United States Attorney

A TRUE BILL:

March 20 2019
Date

SIGNATURE REDACTED

Foreperson

3